# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| RICHARD ATENCIO, | ) | No. CV 09-1286-DDP (AGR) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| JAMES E. TILTON, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: August 18, 2009

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE